IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**SHREEGI ENTERPRISES, INC.,** :
**d/b/a/ SHENANDOAH STOP** :
**SHOP,** :
    **Plaintiff** : **CIVIL NO. 1:CV-15-2232**
     :
**vs.** :
     :
**UNITED STATES OF** : **Judge Sylvia H. Rambo**
**AMERICA; UNITED STATES** :
**DEPARTMENT OF** :
**AGRICULTURE FOOD AND** :
**NUTRITION SERVICE** :
    **Defendant** :

## **O R D E R**

AND NOW, this 24th day of April, 2018, based upon the accompanying memorandum, it is ordered that:

   1. Defendant's motion (Doc. 22) for summary judgment is granted in part and denied in part.

   2. The Clerk of Court shall enter summary judgment in Defendant's favor and against Plaintiff on Plaintiff's claim that it did not engage in trafficking SNAP benefits.

   3. Summary judgment for Defendant is denied on Plaintiff's claim that a civil money penalty should have been imposed rather than permanent disqualification.

4. A trial shall be scheduled by further order of court to determine the appropriate sanction for the trafficking violations.

>/s/Sylvia H. Rambo
>SYLVIA H. RAMBO
>United States District Judge